IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HARRISON PRESTON | * | |
| | * | |
| | * | |
| v. | * | Civil No. JFM-12-50 |
| | * | |
| STEVEN D. BELL | * | |
| | ****** | |

**MEMORANDUM**

Plaintiff initially filed this *pro se* action for employment discrimination in the Circuit Court for Charles County, Maryland. Defendant removed the action to this court. Defendant then filed a motion to dismiss or for a more definite statement. Plaintiff responded to the motion by filing a series of documents, one of which could be construed as an amended complaint. Defendant filed a renewed motion to dismiss or for a more definite statement.

Defendant's motion will be denied. The misidentification of the individual defendant, Steven D. Bell, has been cured by the papers that plaintiff has filed. As to the other defects in the complaint, although there may be merit to defendant's argument, I am satisfied that in light of plaintiff's *pro se* status discovery should proceed. Defendant may, of course, renew any arguments that it has by way of a motion for summary judgment at the conclusion of discovery.

Date:  April 10, 2012            ____/s/_____
                                 J. Frederick Motz
                                 United States District Judge